COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ex parte Richard Vincent Letizia

Appellate case number:      01-16-00808-CR

Trial court case number:    2112524

Trial court:                County Criminal Court at Law No. 10 of Harris County

Appellant, Richard Vincent Letizia, has filed an "Emergency Motion to Extend Time of the First Court of Appeals Submission on Thursday, January 10, 2019." The Court has reset the cause for submission on **Wednesday, February 6, 2019**. We **dismiss the motion to extend time as moot**.

Appellant also requests supplementation of the appellate record with a reporter's record of a January 8, 2019 hearing in trial court cause number 2112524. The motion to supplement is **granted**. **The official (or substitute) court reporter, is directed to prepare and file, in this appeal and at no cost to appellant, a reporter's record of the January 8, 2019 hearing no later than 10 days from the date of this order.**

It is so ORDERED.

Judge's signature: ____/s/ Russell Lloyd_____
                         ✔ Acting individually   ☐ Acting for the Court

Date: ___January 15, 2019_____